UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | No. 2:15-cv-0854 MCE DAD PS |
| Plaintiff, | |
| v. | ORDER |
| ANDY BILOTTI, | |
| Defendant. | |

  By Notice of Removal filed April 21, 2015, Defendant, who is proceeding pro se, removed this unlawful detainer action from the Sacramento County Superior Court to this Court. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On April 29, 2015, the magistrate judge filed Findings and Recommendations herein (ECF No. 4), which were served on the parties and which contained notice that any objections were to be filed within fourteen days after service of the Findings and Recommendations. The fourteen-day period has expired, and no party has filed objections to the Findings and Recommendations.

  The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 29, 2015 (ECF No. 4) are ADOPTED IN FULL;

2. This action is summarily REMANDED to the Sacramento County Superior Court; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  May 28, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT